IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MONICA FERNANDA POMA CHIRIBOGA,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; EVAN TJADEN, in his official capacity as Acting ICE Field Officer Director; MIKE SMITH, in his official capacity as the County Sheriff of Utah County and warden of the Utah County Jail; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Respondents. | ORDER TO PROVIDE A STATUS REPORT<br><br>Case No. 2:26-cv-00760-JNP<br><br>Chief District Judge Jill N. Parrish |

This court's September 3, 2026, order resolved Petitioner Monica Fernanda Poma Chiriboga's motion for a temporary restraining order and petition for a writ of habeas corpus. *See* ECF Nos. 14, 15, 25. Ms. Chiriboga's amended complaint, alleging violations of the Administrative Procedure Act and Ms. Chiriboga's Fifth Amendment due process rights, remains pending. *See* ECF No. 14. Ms. Chiriboga is directed to file a status report within seven days indicating whether she intends to pursue her remaining causes of action.

DATED September 11, 2026.

BY THE COURT

Jill N. Parrish
Chief United States District Court Judge
District of Utah